UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-61026-RUIZ/STRAUSS

**HOWARD MICHAEL CAPLAN,**

    Plaintiff,

v.

**AMERIWOODCRAFT INC.,** *et al.*,

    Defendants.

_____/

**REPORT ON SETTLEMENT CONFERENCE**

The parties and their counsel having appeared before the undersigned for a Settlement Conference on October 7, 2022, and having met in a good faith effort to resolve this matter, it is hereby

**REPORTED** that the parties were able to come to a resolution of the outstanding claims.

**DONE AND SUBMITTED** in Fort Lauderdale, Florida this 7th day of October 2022.

*/s/ Jared Strauss*
Jared M. Strauss
United States Magistrate Judge